UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-4465

JUSTIN LAYSHOCK, a minor,
by and through his parents;
DONALD LAYSHOCK;
CHERYL LAYSHOCK, individually
and on behalf of their son

v.

HERMITAGE SCHOOL DISTRICT
KAREN IONTA, District Superintendent;
ERIC W. TROSCH, principal Hickory High School
CHRIS GILL, Co-Principal Hickory High School, all in their
official and individual capacity

Hermitage School District,
Appellant

(WDPA Civil Action No. 06-cv-00116)

PRESENT:   SCIRICA, Chief Judge, SLOVITER, McKEE, RENDELL, BARRY,
AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN,
GREENAWAY and ROTH, Circuit Judges

**ORDER**

Upon consideration of the petition for rehearing filed by appellant and the answer

filed by appellees, it is hereby O R D E R E D that the petition for rehearing en banc is

granted.  It is

FURTHER ORDERED that the opinion and judgment filed February 4, 2010 as to

the appeal at No. 07-4465, are hereby vacated.

The matter will be argued before the en banc court on Thursday, June 3, 2010, at 10:00 a.m.

By the Court,


/s/ Anthony J. Scirica
Chief Judge

Date: April 9, 2010

MLR/cc:
     Witold J. Walczak, Esq.
     Kim M. Watterson, Esq.
     Richard T. Ting, Esq.
     Christina Lane, Esq.
     Anthony G. Sanchez, Esq.
     John W. Whitehead, Esq.
     Sean A. Fields, Esq.
     Joanna J. Cline, Esq.